*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   July 2, 2015                          519994
_____

In the Matter of the Claim of
     HENRY BELLO,
                         Appellant.
                                                MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                         Respondent.
_____

Calendar Date:   May 5, 2015

Before:   Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Law Offices of David Wims, New York City (David C. Wims of
counsel), for appellant.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed January 3, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because he voluntarily left his employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court